

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00772-CV

**IN RE** R. Wayne **JOHNSON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: December 23, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On December 7, 2015, relator R. Wayne Johnson filed a pro se petition for writ of mandamus complaining of an order of dismissal signed in the underlying civil proceeding on October 11, 2011. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 12,810, styled *R. Wayne Johnson v. Elroy Garcia and James Allison*, in the 216th Judicial District Court, Gillespie County, Texas, the Honorable N. Keith Williams presiding.